**MINUTE ORDER - UNITED STATES DISTRICT COURT - NORTHERN DISTRICT OF TEXAS**

PLACE: Dallas                JUDGE: **Barbara M. G. Lynn**        DATE: April 2, 2007

REPORTER: Shawnee Archuleta  MARSHAL:                              DEPUTY: Lori Greco

INTERPRETER:                 CSO: John T. Williams                 COURT TIME: **30 Mins TTL**

---

## CIVIL ACTIONS

| TIME | CASE NUMBER & STYLE | TYPE OF HEARING & RESULTS | ATTYS PRESENT |
|---|---|---|---|
| 2:40 p.m. | 3:05-CV-1928-M<br>EEOC<br>v.<br>Bobrich Enterprises | PRETRIAL CONFERENCE<br><br>Pretrial conference held.<br><br>Pretrial order to enter.<br><br>The Court will continue the current trial setting of April 9, 2007 to a date in the summer of 2007. | Counsel of record |
| 3:10 p.m. | | Adjourned | |

