IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | } } } | |
| Plaintiff, | } } } | CIVIL ACTION NO. 3:05–CV-1928M |
| v. | } } | |
| BOBRICH ENTERPRISES d/b/a SUBWAY | } } } | |
| Defendant. | } | |

## PLAINTIFF'S PROPOSED QUESTIONS FOR JURY QUESTIONNAIRE

COMES NOW, the Plaintiff, Equal Employment Opportunity Commission ("EEOC"), and in response to the Court's request at the Pretrial Conference, submits the following Proposed Questions for the Jury Questionnaire:

1. Has a Charge of Discrimination ever been filed with the EEOC against you or your employer? Have you ever been involved in an EEOC Charge of Discrimination?
    a. What were circumstances?
    b. What was outcome?
    c. Was it resolved to your satisfaction?

2. Has anyone ever complained that you or a close friend or family member subjected them to discrimination in the workplace?

3. Have you or a close friend or family member ever owned a business or franchised a business?

4. Have you or a close friend or family member ever been an officer or director of a corporation or a franchise?
    a. What position held?
    b. Nature of business?

5. Have you or a close friend or family member ever been sued?

6. How do you feel about the size of money awards given in trials today?
   ____ Too large
   ____ OK
   ____ Too small?

7. As a juror, would you be unable to award compensatory damages for any reason?

8. As a juror, would you be unable to award punitive damages for any reason?

9. Do you think that a company should not be penalized or punished with additional damages if it is proven it intentionally violated an employee's rights?

10. Do you think that Congress and the federal government have gone too far in making and enforcing laws that prohibit discrimination in the workplace?

11. Do you believe that the federal government should not be involved in discrimination lawsuits?

12. Do you think that discrimination no longer occurs at the workplace in the United States when it comes to employing individuals with disabilities?

13. Have you ever heard of the Americans with Disabilities Act? Do you understand that it is a law that prevents discrimination in the workplace against disabled employees?

14. Is there anything about your life or work experience that would prevent you from being a fair and impartial juror in this case here today?

Respectfully Submitted:

RONALD COOPER
General Counsel

GWENDOLYN Y. REAMS
Associate General Counsel

ROBERT A. CANINO
Regional Attorney
Oklahoma Bar No. 011782

/s/ Suzanne M. Anderson
SUZANNE M. ANDERSON
Supervisory Trial Attorney
Texas Bar No. 14009470

2

**PLAINTIFF'S PROPOSED QUESTIONS FOR JURY QUESTIONNAIRE**

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION
207 S. Houston Street
Dallas, Texas 75202
(214) 253-2740
(214) 253-2749 Fax
suzanne.anderson@eeoc.gov

## CERTIFICATE OF SERVICE

This is to certify that on this, the ___16th___ day of July 2007, I electronically transmitted the attached document to the Clerk of the Court using the ECF system of filing, which will transmit a Notice of the Electronic Filing to Defendant's counsel, an ECF registrant.

/s/ Suzanne M. Anderson
SUZANNE M. ANDERSON