IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| **EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,** § § § **Plaintiff,** § § vs. § **BOBRICH ENTERPRISES d/b/a SUBWAY,** § § § **Defendant.** | § § § § § **CIVIL ACTION NO. 3:05-CV-1928-M** § § § § |

**FINAL JUDGMENT**

On January 8, 2008, this Court granted in part and denied in part Defendant Bobrich Enterprises's Renewed Motion for Judgment as a Matter of Law against Plaintiff Equal Employment Opportunity Commission. The Court granted Defendant's Motion for Judgment as a Matter of Law as to Plaintiff's constructive discharge and back pay claims, but denied it as to Plaintiff's claims that she was disabled as a matter of law and subject to a hostile work environment. Based on the jury's verdict and the Court's opinion of January 8, 2008, the Court enters the following Judgment.

It is therefore **ORDERED, ADJUDGED** and **DECREED** that Plaintiff recover from the Defendant $50,000 in compensatory damages, $100,000 in punitive damages, plus post-judgment interest on all such amounts at the rate of 3.18 percent per annum from the date of

Judgment until paid, plus taxable court costs. All other relief requested is **DENIED**.

SO ORDERED.

DATED:  January 8, 2008.

_____
**BARBARA M.G. LYNN
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS**